# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: MUSTAFA and RUHI FAROOQI      §   Case No. 12-45613
                                     §
                                     §
                    Debtors          §

## CHAPTER 11 TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 11 of the United States Bankruptcy Code on NOVEMBER 17, 2012. [The case was converted to one under Chapter 7 on JANUARY 14, 2014.] The undersigned trustee was appointed on NOVEMBER 17, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. ~~All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as Exhibit A.~~

4. The trustee realized gross receipts of     $ 0.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Leaving a balance on hand of | $ 0.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

UST Form 101-7-TFR (4/1/2009)

6. The deadline for filing claims in this case was 2/11/13 . ~~All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as~~ **Exhibit C**.

7. ~~The Trustee's proposed distribution is attached as~~ **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 0.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests the sum of $ 0.00 , for a total compensation of $ 0.00 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 3/14/14        By: /s/ Mustafa Farooqi
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (4/1/2009)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| From | December 1, 2013 | | | | | Beginning Balance | | 13,553.13 |
| To | January 15, 2014 | | | | | | | |

**Mustafa & Ruhi Farooqi**                                             Deposit

Case No     **12-45613**

                                                                                3.55
                                                        Receipts              **3.55**

| Utilities | Misc | Food | Insurance | Car Pymt | Medical | PNC Bk | Attorney |
|---|---|---|---|---|---|---|---|
| 63.60 | 74.18 | 4.55 | 660.00 | 320.46 | 30.00 | | 1,000.00 |
| 108.95 | 3.17 | 8.60 | | 516.17 | | | |
| 192.58 | 19.00 | 48.70 | | | | | |
| 51.30 | 22.05 | 27.20 | | | | | |
| 115.51 | 270.22 | 49.38 | | | | | |
| 249.94 | 81.95 | 53.00 | | | | | |
| 222.32 | 182.85 | 12.34 | | | | | |
| 10.73 | 26.50 | 33.35 | | | | | |
| 32.29 | 261.29 | 11.54 | | | | | |
| 101.90 | 300.00 | 32.60 | | | | | |
| 109.86 | 354.00 | 14.53 | | | | | |
| | 165.00 | 14.96 | | | | | |
| | 8.56 | 53.30 | | | | | |
| | 43.02 | 30.94 | | | | | |
| | 920.00 | | | | | | |
| | 19.55 | | | | | | |
| | 108.70 | | | | | | |
| | 12.88 | | | | | | |
| | 36.73 | | | | | | |
| | 36.01 | | | | | | |
| | 327.00 | | | | | | |
| | 327.00 | | | | | | |
| | 17.86 | | | | | | |
| | 33.01 | | | | | | |
| | 700.00 | | | | | | |
| **Total** 1,258.98 | 4,350.53 | 394.99 | 660.00 | 836.63 | 30.00 | - | 1,000.00 | **8,531.13** |

                                                        Net Receipts           (8,527.58)

                              Ending Balance in Norstate Bank      5,025.55    5,025.55

## Account Details for High-Yield Checking - XXXXXX4935

| | |
|---|---|
| Available Balance | $5,025.55 |
| Accrued Interest | $0.31 |
| Prior Business Balance | $5,685.55 |
| Hold Amount | $0.00 |
| Previous year-to-date interest amount | $32.28 |
| Account Owner | MUSTAFA A FAROOQI |
| Year-to-date interest amount | $2.95 |
| Current Balance | $5,685.55 |

## Account History for High-Yield Checking - XXXXXX4935

**Pending**

| Sorted By: Post Date | Newest on top | Debit | Credit | Balance |
|---|---|---|---|---|
| MCRD CCS*COUNTRYINS IVR/CSR 1/13/14 | | $660.00 | | $5,025.55 |
| | Subtotal: | $660.00 | $0.00 | |

**Posted**

| Sorted By: Post Date | Newest on top | Debit | Credit | Balance |
|---|---|---|---|---|
| POS 2668 WAL-SAMS STURTEVANT,WI 1/10/14 | | $33.01 | | $5,685.55 |
| INTEREST PAYMENT 1/8/14 | | | $2.95 | $5,718.56 |
| POS 2668 WAL-SAMS STURTEVANT,WI 1/6/14 | | $30.94 | | $5,715.61 |
| POS FARM & FLEET STU STURTEVANT,WI 1/6/14 | | $17.86 | | $5,746.55 |
| MCRD PREFERRED GUEST RESORT 888-6562780,FL 1/6/14 | | $327.00 | | $5,764.41 |
| MCRD PREFERRED GUEST RESORT 888-6562780,FL 1/6/14 | | $327.00 | | $6,091.41 |
| POS MACY'S 290 CHICAGO,IL 12/27/13 | | $36.01 | | $6,418.41 |
| A T AND T Bill Pay Farooqi MUSTAFA 12/23/13 | | $109.86 | | $6,454.42 |
| LAKE COUNTY DEPA Bill Pay Farooqi MUSTAFA 12/23/13 | | $101.90 | | $6,564.28 |
| POS MENARDS - RACINE Sturtevant,WI 12/23/13 | | $36.73 | | $6,666.18 |
| POS WAL-MART #2668 STURTEVANT,WI 12/23/13 | | $12.88 | | $6,702.91 |
| MCRD CARSON'S #0535 BLOOMINGDALE,IL 12/23/13 | | $108.70 | | $6,715.79 |
| MCRD CARSON'S #0535 BLOOMINGDALE,IL 12/23/13 | | $53.30 | | $6,824.49 |
| MCRD MAGICJACK.COM RENEWAL 561-594-2140,FL 12/23/13 | | $32.29 | | $6,877.79 |
| MCRD JCPENNEY 2376 BLOOMINGDALE,IL | | | | |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 12/23/13 | | $19.55 | $6,910.08 |
| 12/23/13 | MCRD MAGICJACK.COM PHONE 561-594-2140,FL | $10.73 | $6,929.63 |
| 12/17/13 | BOB RED REMODELI Bill Pay Farooqi MUSTAFA | $920.00 | $6,940.36 |
| 12/17/13 | T MOBILE Bill Pay Farooqi MUSTAFA | $222.32 | $7,860.36 |
| 12/16/13 | MCRD BATH & BODY WORKS #220 VERNON HILLS,IL | $43.02 | $8,082.68 |
| 12/16/13 | MCRD KETCHUP RESTAURANT VERNON HILLS,IL | $14.96 | $8,125.70 |
| 12/16/13 | MCRD CAJUN CAFE AND GRI VERNON HILLS,IL | $14.53 | $8,140.66 |
| 12/16/13 | MCRD DOLRTREE 3649 00036491 VERNON HILLS,IL | $8.56 | $8,155.19 |
| 12/13/13 | MCRD ORTHOPAEDICS OF THE NO EVANSTON,IL | $30.00 | $8,163.75 |
| 12/12/13 | POS VALLI PRODUCE OF GLENDALE HEIG,IL | $32.60 | $8,193.75 |
| 12/12/13 | MCRD FARM SUPER MARKET CHICAGO,IL | $11.54 | $8,226.35 |
| 12/11/13 | ROSARIO GONZALEA Bill Pay Farooqi MUSTAFA | $165.00 | $8,237.89 |
| 12/11/13 | MCRD FOOD4LESS #0558 EVANSTON,IL | $33.35 | $8,402.89 |
| 12/10/13 | NORTH SHORE GAS Bill Pay Farooqi MUSTAFA | $249.94 | $8,436.24 |
| 12/10/13 | COM ED Bill Pay Farooqi MUSTAFA | $115.51 | $8,686.18 |
| 12/10/13 | PRAIRIE LAND Bill Pay Farooqi MUSTAFA | $51.30 | $8,801.69 |
| 12/9/13 | ALBERT AND GOODM Bill Pay Farooqi MUSTAFA | $1,000.00 | $8,852.99 |
| 12/9/13 | U S BANK LOAN Bill Pay Farooqi MUSTAFA | $516.17 | $9,852.99 |
| 12/9/13 | NATURESCAPE Bill Pay Farooqi MUSTAFA | $354.00 | $10,369.16 |
| 12/9/13 | NISSAN MOTOR ACC Bill Pay Farooqi MUSTAFA | $320.46 | $10,723.16 |
| 12/9/13 | GAZMEND SHERBETI Bill Pay Farooqi MUSTAFA | $300.00 | $11,043.62 |
| 12/9/13 | Sam's Dual BRC Bill Pay Farooqi MUSTAFA | $261.29 | $11,343.62 |
| 12/9/13 | NORTH SHORE GAS Bill Pay Farooqi MUSTAFA | $192.58 | $11,604.91 |
| 12/9/13 | COM ED Bill Pay Farooqi MUSTAFA | $108.95 | $11,797.49 |

| Description | Debit | Credit | Balance |
|---|---|---|---|
| COM ED Bill Pay Farooqi MUSTAFA<br>12/9/13 | $63.60 | | $11,906.44 |
| COINMATCH CORPOR Bill Pay Farooqi MUSTAFA<br>12/9/13 | $26.50 | | $11,970.04 |
| POS ANGELO CAPUTO'S HANOVER PARK,IL<br>12/9/13 | $12.34 | | $11,996.54 |
| MCRD CHANGS HOT WOK CAROL STREAM,IL<br>12/9/13 | $53.00 | | $12,008.88 |
| INTEREST PAYMENT<br>12/6/13 | | $0.60 | $12,061.88 |
| CHECK<br>12/6/13 (Check #110) | $700.00 | | $12,061.28 |
| POS OFFICE MAX RACINE,WI<br>12/6/13 | $182.85 | | $12,761.28 |
| POS FARM & FLEET STU STURTEVANT,WI<br>12/6/13 | $81.95 | | $12,944.13 |
| POS FARM & FLEET STU STURTEVANT,WI<br>12/6/13 | $49.38 | | $13,026.08 |
| MCRD ANGELO CAPUTO'S FR HANOVER PARK,IL<br>12/5/13 | $27.20 | | $13,075.46 |
| POS THE HOME DEPOT 1 GURNEE,IL<br>12/2/13 | $270.22 | | $13,102.66 |
| Subtotal: | $7,690.88 | $3.55 | |

| | | |
|---|---|---|
| **Statement of Account**<br>www.norstatesbank.com |  **NorStates Bank** | All Calls<br>1.847.244.6000<br>Toll Free telephone Banking<br>1.855.244.6006 |

```
MUSTAFA A FAROOQI                                              PAGE    3

                                                    ACCOUNT #    380034935


2-03              17       POS RF#403235231485 01/31                    18.19-
                           THE HOME DEPOT 1
                           DEERFIELD, IL
2-03              17       POS RF#060508 01/31                          47.90-
                           CLUB FOODS FRESH
                           WAUKEGAN, IL
2-04               5       CHARGEBACK ITEM                            1300.00-
2-04              16       POS RF#025183 02/03                           2.72-
                           CLUB FOODS FRESH
                           WAUKEGAN, IL
2-04              16       POS RF#040600187594 02/03                    18.79-
                           ALDI 40068 06236
                           EVANSTON, IL
2-04               5       CHARGEBACK FEE                               4.50-
2-07               1       CUSTOMER DEPOSIT                            500.00
2-07              19       MCRD RF#MDSELMSRH 02/07                      62.38-
                           PAR BIRDIE FOODS
                           CHICAGO, IL
2-07             999       INT PMT SYS-GEN                               1.22

         * - - - - - - - - CHECKS PRESENTED IN NUMERIC ORDER - - - - - - - - -*
           No.    Date      Amount              No.     Date      Amount
           113    1-22       455.00

         * - - - - - - - - - - - - BALANCE SUMMARY - - - - - - - - - - - -*
           Date      Balance       Date      Balance       Date      Balance
           1-08      5718.56       1-10      5685.55       1-13      5025.55
           1-17      5007.34       1-21      3175.10       1-22      1848.18
           1-24      1718.38       1-27      1595.85       1-31      1617.80
           2-03      1451.71       2-04       125.70       2-07       564.54

         * - - - - - - - -OVERDRAFT CHARGES/REFUNDS SUMMARY - - - - - - - - *
                                                    This Cycle         YTD
         Total returned item fees                        .00           .00
         Total overdraft fees                            .00           .00
         Total fees charged                              .00           .00

                                                    This Cycle         YTD
         Refund of returned check fees                   .00           .00
         Refund of paid check fees                       .00           .00
         Total fees refunded                             .00           .00

         * - - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - - - *
           Interest Earned From  1/09/14 Through  2/09/14
           Days in Statement Period                       32
           Interest Earned                              1.22
           Annual Percentage Yield Earned                .50 %
           Interest Paid this Year                      4.17
           Interest Withheld this Year                   .00
```

Statement of Account  NorStates Bank   All Calls 1.847.244.6000
www.norstatesbank.com                                        Toll Free telephone Banking
                                                             1.855.244.6006

MUSTAFA A FAROOQI                                    PAGE    3
                                          ACCOUNT #   380034935

```
                          FARM & FLEET STU
                          STURTEVANT,WI
12-06            20       POS RF#333988732380 12/05              81.95-
                          FARM & FLEET STU
                          STURTEVANT,WI
12-06            20       POS RF#026253 12/05                   182.85-
                          OFFICE MAX
                          RACINE,WI
12-06           999       INT PMT SYS-GEN                          .60

       * - - - - - - - CHECKS PRESENTED IN NUMERIC ORDER - - - - - - - -*
           No.    Date     Amount              No.     Date      Amount
           110   12-06      700.00             111    11-29     2500.00

       * - - - - - - - - - - - - BALANCE SUMMARY - - - - - - - - - - -*
         Date     Balance      Date    Balance        Date    Balance
         11-11   21178.25     11-12   16842.35       11-18   16771.10
         11-19   16585.75     11-20   16253.57       11-21   16214.56
         11-25   16055.38     11-27   16055.15       11-29   13553.13
         12-02   13102.66     12-05   13075.46       12-06   12061.88

       * - - - - - - - -OVERDRAFT CHARGES/REFUNDS SUMMARY - - - - - - - *
                                           This Cycle          YTD
       Total returned item fees                .00             .00
       Total overdraft fees                    .00             .00
       Total fees charged                      .00             .00

                                           This Cycle          YTD
       Refund of returned check fees           .00             .00
       Refund of paid check fees               .00             .00
       Total fees refunded                     .00             .00

       * - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - - *
         Interest Earned From 11/12/13 Through 12/08/13
         Days in Statement Period                     27
         Interest Earned                              .60
         Annual Percentage Yield Earned               .05 %
         Interest Paid this Year                    32.28
         Interest Withheld this Year                  .00
```

202