IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **CHAPTER 11** |
| | ) | |
| **MUSTAFA FAROOQI** | ) | **JUDGE DONALD R. CASSLING** |
| **RUHI FAROOQI,** | ) | |
| | ) | |
| Debtors. | ) | **CASE NO. 12-45613** |

SUPPLEMENTAL FINAL REPORT AND SCHEDULE OF POSTPETITION DEBTS

NOW COMES the debtors, MUSTAFA FAROOQI and RUHI FAROOQI by and through its attorney Penelope N. Bach, Of Counsel of Sulaiman Law Group, Ltd. and states as follows:

1. Debtors filed a Chapter 11 voluntary petition on November 17, 2012;

2. Debtors converted their case to a Chapter 7 on January 14, 2014;

3. There are no additional unpaid creditors or debts that have incurred since the filing for the petition of relief on November 17, 2012;

    Respectively Submitted,
    MUSTAFA FAROOQI and RUHI FAROOQI

    By: /s/ Penelope N. Bach

Penelope N. Bach, Esq., Of Counsel
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, Illinois 60523
Phone (630) 575 - 8181
Email: PNBach@Sulaimanlaw.com