**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Mustafa Farooqi and Ruhi Farooqi         )
                                         )    Bankruptcy Case:  12 B 45613
                                         )

**AGREED SUBSTITUTION OF ATTORNEY**

      PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, ATTORNEY JONATHAN N. ROGERS formerly with Klein Daday Aretos & O'Donoghue, LLC, hereby agrees that ATTORNEY ROBYN K. KISH, Klein Daday Aretos & O'Donoghue, LLC hereby substitutes in and appears as counsel for BALDWIN GREENS CONDOMUNIUM ASSOCIATION, and JONATHAN N. ROGERS formerly of KLEIN DADAY ARETOS & O'DONOGHUE, LLC withdraws his appearance from the case and the parties agree as follows:

| COUNSEL SUBSTITUTING AND APPEARING: | COUNSEL WITHDRAWING: |
|---|---|
| ROBYN K. KISH | JONATHAN N. ROGERS |
| Klein Daday Aretos & O'Donoghue, LLC | formerly of Klein Daday Aretos & O'Donoghue, LLC |
| 2550 W. Golf Rd., Suite 250 | 2550 W. Golf Rd., Suite 250 |
| Rolling Meadows, IL 60008 | Rolling Meadows, IL 60008 |
| RKish@kdaolaw.com | |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE.\*\***

AGREED TO BY BOTH PARTIES:

/s/ ROBYN K. KISH                                        /s/ JONATHAN N. ROGERS

Dated January 19, 2016

Respectfully Submitted,

/s/ ROBYN K. KISH
ROBYN K. KISH
Klein Daday Aretos & O'Donoghue, LLC
2550 W. Golf Rd., Suite 250
Rolling Meadows, IL 60008
(847) 590-8700
ARDC No. 6286602